# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Williams v. Arctic Cat, Inc.          Docket No.: 14-2560

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Sidney P. Cominsky

Firm: Sidney P. Cominsky, LLC

Address: 1500 State Tower Building, Syracuse, New York 13202

Telephone: 315-475-3425          Fax: 315-475-2932

E-mail: cominskypc@aol.com

Appearance for: Plaintiffs/Appellants Barbara & Craig Williams
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Kristie M. Carter, Sidney P. Cominsky, LLC )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/

Type or Print Name: Sidney P. Cominsky